**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

ROBERT ENERSON,

    Plaintiff,

v.                                        CASE NO. 4:12cv291-MP-CAS

OFFICER A. PERGONAS and
SERGEANT L. ELROD,

    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 6, 2012. (Doc. 7). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is transferred to the United States District Court for the Middle District of Florida, Ft. Myers Division, for all further proceedings.

**DONE and ORDERED** this 24th day of August, 2012.

                                                s/ *M. Casey Rodgers*
                                                **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**